```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 58069
   JOHN J OCONNELL
   JO LYNN OCONNELL                          CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2470     SSN XXX-XX-5850

-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  53.18% from remaining funds.

     The case was paid in full 12/08/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                              PAID             PAID
-----------------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A  SECURED            15680.00           831.79         15680.00
INTERNAL REVENUE SERVICE  PRIORITY             705.05              .00           705.05
INTERNAL REVENUE SERVICE  UNSECURED             17.68              .00             9.40
CHRYSLER FINANCIAL SVC A  UNSECURED             78.88              .00            41.95
ACME CONTINENTAL CU       UNSECURED           7134.90              .00          3794.20
AMERICAN EXPRESS TRAVEL   UNSECURED           1577.07              .00           838.65
RESURGENT CAPITAL SERVIC  UNSECURED           3491.40              .00          1856.66
BANK OF AMERICA NA        UNSECURED         NOT FILED              .00              .00
SMC % CARSON PIRIE SCOTT  UNSECURED           1899.69              .00          1010.22
ECAST SETTLEMENT CORP     UNSECURED OTH      9197.48              .00          4891.22
ECAST SETTLEMENT CORP     UNSECURED           4783.18              .00          2543.60
CHASE FREEDOM             UNSECURED         NOT FILED              .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED           5945.30              .00          3161.59
RESURGENT CAPITAL SERVIC  UNSECURED           1676.50              .00           891.53
ECAST SETTLEMENT CORP     UNSECURED            349.11              .00           185.65
MARSHALL FIELDS           UNSECURED            282.03              .00           149.98
PORTFOLIO RECOVERY ASSOC  UNSECURED           3994.44              .00          2124.16
SEARS                     UNSECURED         NOT FILED              .00              .00
HSBC BANK NEVADA NA       UNSECURED           8151.09              .00          4334.59
RESURGENT CAPITAL SERVIC  UNSECURED               .00              .00              .00
ROBERT N HONIG            DEBTOR ATTY       1,100.00                           1,100.00
TOM VAUGHN                TRUSTEE                                              2,963.68
DEBTOR REFUND             REFUND                                                  56.33

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             47,170.25

PRIORITY                                     705.05
SECURED                                   15,680.00


              PAGE   1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 58069 JOHN J OCONNELL & JO LYNN OCONNELL
```

```
        INTEREST                                            831.79
UNSECURED                                                25,833.40
ADMINISTRATIVE                                            1,100.00
TRUSTEE COMPENSATION                                      2,963.68
DEBTOR REFUND                                                56.33
                                    ---------------   ---------------
TOTALS                                    47,170.25         47,170.25
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```